ROSELANDE REJOUIS *v.* GREENWICH
TAXI, INC., ET AL.

The defendants' petition for certification for appeal
from the Appellate Court, 69 Conn. App. 904 (AC 21797),
is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's award of prejudgment interest?"

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16794.

*Mark F. Katz*, in support of the petition.

Decided July 10, 2002